

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Ex parte Gregory Dewayne Newson

No. 06-22-00123-CR

Appeal from the 123rd District Court of Panola County, Texas (Tr. Ct. No. 2020-C-099). Opinion delivered by Chief Justice Morriss, Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the trial court's order denying appellant's Article 17.151 habeas application and remand this cause to the trial court to set a bond in an amount Newson can afford to pay. The mandate in this case shall issue immediately.

We further order that the appellee pay all costs of this appeal.

RENDERED DECEMBER 8, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk